## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE CITY DIVISION

**KATHLEEN NEW,**

        **Plaintiff,**

**v.**                                **Case No. 1:07cv162-SPM/AK**

**SADIE, DARNELL, in her official**
**capacity as Sheriff of ALACHUA**
**COUNTY, FLORIDA,**

        **Defendant.**

_____/

## ANSWER

Defendant, SADIE DARNELL, in her official capacity as Sheriff of ALACHUA COUNTY, FLORIDA, responds to the Complaint as follows:

    1.     Admit but deny liability.

    2.     Admit but deny liability.

    3.     Admit first sentence.  Admit protected class due to gender but deny discrimination or retaliation.

    4.     Admit.

    5.     Without knowledge and therefore denied.

    6.     Denied.

    7.     Denied.

    8.     Denied.

    9.     Denied.

    10.    Denied.

11.     Without knowledge as to contractual arrangement between Plaintiff and her counsel regarding attorney's fees.  Deny remaining allegations.

12.     Defendant realleges and incorporates by reference the responses to paragraphs 1-11 above.

13.     Admit nature of the action; deny liability.

14.     Denied.

15.     Denied.

16.     Denied.

17.     Denied.

18.     Denied.

19.     Denied.

20.     Defendant realleges and incorporates by reference the responses to paragraphs 1-11 above.

21.     Admit.

22.     Denied.

23.     Denied.

24.     Denied.

25.     Denied.

26.     Denied.

## AFFIRMATIVE DEFENSES

1.     The Plaintiff failed to comply with conditions precedent to the filing of her claims by failing to timely assert claims of discrimination or retaliation to the Florida Commission on Human Relations or the Equal Employment Opportunities Commission.

2.      The Plaintiff's claims are barred in whole or part by the statute of limitations.

3.      Any adverse employment action of which the Plaintiff complains would have occurred regardless of her gender or any protected activity.

4.      Any actions taken by the Plaintiff in opposition to alleged discrimination were not made in good faith.

5.      The Plaintiff has failed to mitigate her damages.

6.      The Defendant acted reasonably to prevent or correct promptly harassment and discrimination in the workplace. The Plaintiff unreasonably failed to take advantage of preventive and corrective procedures established by the Defendant.

Respectfully submitted on this 9th day of October 2007.


/s/ R. W. Evans
R. W. Evans
Florida Bar No. 0198862
ALLEN, NORTON & BLUE, P.A.
906 North Monroe
Tallahassee, FL 32303
Tel: (850) 561-3503
Fax: (850) 561-0332
wevans@anblaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been delivered by U. S. Mail to Marie A. Mattox, Esq., Marie A. Mattox, P.A., 310 East Bradford Road, Tallahassee, Florida 32303, this 9th day of October, 2007.

/s/ R. W. Evans
R. W. EVANS