IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KATHLEEN NEW,

    Plaintiff,

vs.                                              1:07-CV-162-SPM/AK

SADIE DARNELL, in her
official capacity as Sheriff of
Alachua County, Florida,

    Defendant.
_____/

## ORDER PERMITTING DEFENDANT TO FILE AMENDED ANSWER

**THIS CAUSE** comes before the Court upon "Defendant's Unopposed Motion for Leave to Amend Affirmative Defenses" (doc. 12). Defendant requests to add an additional affirmative defense after learning certain facts as a result of further review of Plaintiff's EEOC complaint. The motion certifies that opposing counsel does not object to the amendment.

The Court, pursuant to Federal Rule of Civil Procedure 15(a), finds good reason to allow the amended answer and counterclaim to be filed. However, the amended answer that was attached to the motion was not executed. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The motion to amend (doc. 12) is *granted*.

2. No later than **Thursday, February 7, 2008** Defendant shall file an amended, fully executed answer, dated the same date as the date of this order.

**DONE AND ORDERED** this sixth day of February, 2008.

*s/Stephan P. Mickle*
Stephan P. Mickle
United States District Judge