UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**KATHLEEN NEW,**           CASE NO. 1:07cv162-SPM/AK

    **Plaintiff,**

vs.

**SADIE DARNELL, in her official capacity
as Sheriff of Alachua County, Florida,**

    **Defendant.**
_____/

**PLAINTIFF'S NOTICE OF
FILING SUMMARY OF ATTORNEY'S HOURS**

    Plaintiff, KATHLEEN NEW, hereby gives notice of filing of attorney's fee records under seal which, for the period inclusive of April 1, 2008 through April 30, 2008, is as follows:

| | |
|---|---|
| TOTAL ATTORNEY HOURS THIS FILING: | 20.9 |
| TOTAL NON-ATTORNEY HOURS THIS FILING: | 30.9 |

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Filing to all counsel of record this 15th day of May, 2008.

    MARIE A. MATTOX , P.A.
    Attorney for Plaintiff

    By: s/ Marie A. Mattox
    Marie A. Mattox or James Garrity
    Florida Bar No. 0739685
    Florida Bar No. 0539211
    310 East Bradford Road
    Tallahassee, Florida   32303-4804
    Telephone:   (850) 383-4800
    Facsimile:   (850) 383-4801