# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

KATHLEEN NEW,

    Plaintiff,

vs.                                                CASE NO. 1:07CV162-SPM/AK

SADIE DARNELL,

    Defendant.

_____/

## O R D E R

Presently before the Court in the above entitled action is Plaintiff's Motion for Order Permitting Two Depositions Outside the Discovery Period, to which Defendant consents. (Doc. 39). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Plaintiff is hereby granted leave to take the depositions of Calvin Jenkins and Calvin DeCoursey after the close of discovery.

**DONE AND ORDERED** this  _14th_  day of July, 2008.

                                              *s/ A. KORNBLUM*
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**