**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

KATHLEEN NEW,

       Plaintiff,                         CASE NO. 1:07cv162-SPM/AK

vs.

SADIE DARNELL, in her official capacity
as Sheriff of Alachua County, Florida,

       Defendant.
_____/

## ORDER EXTENDING TIME TO RESPOND

Upon consideration, Plaintiff's second consented motion (doc. 48) for extension of time to respond to the motion for summary judgment is **granted**. Plaintiff shall have up to and including **August 20, 2008**, to file her response. Additionally, Plaintiff's first consented motion for extension of time (doc. 47) is hereby denied as moot.

SO ORDERED this fifteenth day of August, 2008.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge