**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

KATHLEEN NEW,

       Plaintiff,                      CASE NO. 1:07cv162-SPM/AK

vs.

SADIE DARNELL, in her official capacity
as Sheriff of Alachua County, Florida,

       Defendant.
_____/

**ORDER EXTENDING TIME TO RESPOND**

Upon consideration, Plaintiff's second motion (doc. 55) for a short extension of time to respond to the motion for summary judgment is **granted**. "Plaintiff's Response and Memorandum of Law In Opposition to Defendant's Motion for Summary Judgment" (doc. 57) is hereby accepted as timely filed.

SO ORDERED this twenty-seventh day of August, 2008.

                            *s/ Stephan P. Mickle*
                            Stephan P. Mickle
                            United States District Judge