UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**KATHLEEN NEW**

    VS                                    CASE NO. **1:07-cv-00162-SPM-AK**

**SADIE DARNELL**
IN HER OFFICIAL CAPACITY AS
SHERIFF OF ALACHUA COUNTY
FLORIDA

# JUDGMENT

This action came before the Court and a jury with the judicial officer Stephan P. Mickle presiding. The issues have been tried and the jury has rendered its verdict.

JUDGMENT IS ENTERED by the preponderance of the evidence in favor of the Defendant SADIE DARNELL, and against the plaintiff KATHLEEN NEW.

Attorney fees and costs are allowed as provided by law.

WILLIAM MCCOOL, CLERK

August 3, 2008                s/Blair Patton
DATE                            Deputy Clerk: Blair Patton