# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

Kathleen New
    Plaintiff(s)
    v.                                    CASE NO. 1:07cv162 SPM

Sadie Darnell
    Defendant(s)

## ORDER FOR JURY MEALS AND LODGING

It is ORDERED that the Clerk's Office shall furnish at the expense of the United States of America such meals and lodging as necessary for the comfort and convenience of the jury during deliberation. The Clerk of the Court shall promptly pay the invoice in accordance with the Jury Fee Regulations.

DONE and ORDERED this __31st__ day of __July__, 2009.

_____
STEPHAN P. MICKLE
CHIEF UNITED STATES DISTRICT JUDGE