IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KATHLEEN NEW,

       Plaintiff,

v.                              CASE NO.: 1:07cv162-SPM/AK

SADIE DARNELL, in her official
capacity as Sheriff of
Alachua County, Florida

       Defendant.
_____/

## VERDICT

**We, the jury, unanimously return the following verdict:**

**Section A.**      **Discrimination–Promotion**

1. Do you find from a preponderance of the evidence that Plaintiff was denied a promotional opportunity by being assigned to a "floating lieutenant" position instead of one of the lieutenant positions assigned to Mike Hanson (Patrol Team 2, Squad B, Delta shift) or to Mike Jones (Office of Professional Standards) or to Keith Faulk (Public Information Bureau)?

      Yes _____       No __X__

[Note: If you answered No to question 1 above, you need not

answer questions 2 or 3 of Section A. Please move directly on to Section B.]

2. Do you find from a preponderance of the evidence that sex or gender was a motivating factor that prompted Defendant to take that action?

    Yes _____          No _____

[Note: If you answered No to question 2 above, you need not answer question 3 of Section A. Please move directly on to Section B.]

3. Do you find from a preponderance of the evidence that Defendant would have denied Plaintiff the promotional opportunity for a legitimate, non-discriminatory reason even in the absence of consideration of Plaintiff's sex or gender?

    Yes _____          No _____

### Section B. Discrimination–Demotion

1. Do you find from a preponderance of the evidence that sex or gender was a motivating factor in Defendant's decision to demote Plaintiff?

    Yes _____          No  X

[Note: If you answered No to question 1 above, you need not answer question 2 of Section B. Please move directly on to Section C.]

2. Do you find from a preponderance of the evidence that Plaintiff would have been demoted for a legitimate, non-discriminatory reason even in the absence of consideration of Plaintiff's sex or gender?

    Yes _____    No _____

**Section C.  Discrimination–Termination**

1. Do you find from a preponderance of the evidence that sex or gender was a motivating factor in Defendant's decision to terminate Plaintiff?

    Yes _____    No __X__

[Note: If you answered No to question 1 above, you need not answer question 2 of Section C. Please move directly on to Section D.]

2. Do you find from a preponderance of the evidence that Defendant would have terminated Plaintiff for a legitimate, non-discriminatory reason even in the absence of consideration of Plaintiff's sex or gender?

    Yes _____    No _____

**Section D.  Retaliation**

1. Do you find from a preponderance of the evidence that Plaintiff was subjected to any adverse employment action that was motivated by a prior claim or complaint of sexual harassment or discrimination by her?

    Yes _____    No __X__

[Note: If you answered No to question 1 above, you need not answer question 2 of Section D. Please move directly on to Section E.]

2. Do you find from a preponderance of the evidence that Defendant would have treated Plaintiff the same way for a legitimate, non-discriminatory reason even in the absence of

consideration of a claim or complaint by Plaintiff of sexual harassment or discrimination?

    Yes \_\_\_\_\_        No \_\_\_\_\_

## Section E. Damages

[Note: Please answer the questions in Section E only if you answered Yes to questions 1 and 2, and No to question 3 on Section A; or Yes to question 1 and No to question 2 on any of Sections B, C, or D. Otherwise, please date and sign the verdict form without answering the questions in Section E.]

1. Do you find from a preponderance of the evidence that Plaintiff suffered damages for emotional distress as a result of discrimination or retaliation by Defendant?

        Yes \_\_\_\_\_        No \_\_\_\_\_

        If Yes, in what amount?    $_____

2. Do you find from a preponderance of the evidence that Plaintiff suffered damages for past loss of wages and benefits as a result of discrimination or retaliation by Defendant?

        Yes \_\_\_\_\_        No \_\_\_\_\_

        If Yes, in what amount?    $_____

SO SAY WE ALL, this __31__ day of July, 2009.

                                                FOREPERSON